UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAPID CITY/BH LODGING, LLC, AND OUTFITTER LODGING, | ) ) ) | 4:23-cv-04053 |
| Plaintiffs, | ) ) ) | **STIPULATION FOR DISMISSAL** |
| v. | ) ) ) | |
| AMGUARD INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated and agreed by and among the parties above-named, by and through their counsel of record, that the above-captioned action shall be dismissed on the merits with prejudice and without costs or further notice to any party.

Dated this 18 day of November, 2024.

JOHNSON, JANKLOW & ABDALLAH, LLP.

By: _____
Scott A. Abdallah
Erin Schoenbeck Byre
*Attorneys for Plaintiffs*
101 South Main Avenue, Suite 100
Sioux Falls, SD 57104
(605) 338-4304
scott@janklowabdallah.com
erin@janklowabdallah.com

Dated this 8th day of November, 2024.

COSTELLO, PORTER, HILL, HEISTERKAMP, BUSHNELL & CARPENTER, LLP

By: _____
Heather Lammers Bogard
*Attorneys for Defendant*

1

PO Box 290  
Rapid City, SD 57709-0290  
(605) 343-2410  
hbogard@costelloporter.com