UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RAPID CITY/BH LODGING, LLC, and OUTFITTER LODGING, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY,<br><br>Defendant. | 4:23-CV-04053-ECS<br><br>JUDGMENT OF DISMISSAL |

On November 18, 2024, the parties filed a Stipulation for Dismissal, Doc. 58. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 19th day of November, 2024.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE